Saba A. Basria, Esq.
(*Pro Hav Vice* pending)
Cal. Bar No. 307594
HIGBEE & ASSOCIATES
1504 Brookhollow Drive, Ste 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
E-mail: sbasria@higbeeassociates.com

Steven A. Kressler, Esq.
BBO #280020
KRESSLER & KRESSLER
11 Westwood Drive
Worcester, MA 01609
(508) 662-6313
(508)791-5055 facsimile
E-mail: stevenkressler@gmail.com

*Counsel for Plaintiff,*
CHRISTOPHER SADOWSKI

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>EH PUBLISHING, INC. d/b/a EH MEDIA; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. _____<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |

1

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

The undersigned, attorney of record for Plaintiff Christopher Sadowski certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1.   Christopher Sadowski, *Plaintiff*.

Plaintiff reserves the right to amend, correct and update this Certificate throughout the pendency of this action.

Dated: August 24, 2018                                      Respectfully submitted,

**/s/ Saba A. Basria**
Saba A. Basria, Esq.
(*Pro Hac Vice* pending)
Cal. Bar No. 307594
HIGBEE & ASSOCIATES
1504 Brookhollow Drive, Ste. 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
sbasria@higbeeassociates.com
*Counsel for Plaintiff*

**/s/ Steven A. Kressler**
Steven A. Kressler
BBO #280020
KRESSLER & KRESSLER
11 Westwood Drive
Worcester, MA 01609
(508) 662-6313
(508)791-5055 facsimile
stevenkressler@gmail.com
*Counsel for Plaintiff*